## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AMC INVESTORS, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Case No. 08-12264 (CSS) |
| _____ | ) | |
| | ) | |
| In Re: | ) | |
| | ) | |
| AMC INVESTORS II, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Case No. 08-12265 (CSS) |
| _____ | ) | |
| | ) | |
| EUGENIA VI VENTURE HOLDINGS, LTD., | ) | |
| ON BEHALF OF AMC INVESTORS, LLC | ) | |
| AND AMC INVESTORS II, LLC, | ) | |
| | ) | Adv. Case No. 11-52317 |
| | ) | **Related Adv. Docket Nos.: 281, 283** |
| Plaintiff, | ) | |
| | ) | Adv. Case No. 11-52318 |
| v. | ) | **Related Adv. Docket Nos.: 236, 238** |
| | ) | |
| MAPLEWOOD HOLDINGS LLC, | ) | |
| MAPLEWOOD MANAGEMENT LP, | ) | |
| MAPLEWOOD PARTNERS LP, | ) | |
| ROBERT V. GLASER, AND ROBERT J. | ) | |
| REALE | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

For the reasons stated in the Court's Opinion, dated January 27, 2022, Defendants'

*Motion for Summary Judgment on Threshold Affirmative Defenses* [Adv. Pro. 11-52317 D.I.

283; Adv. Pro. 11-52318 D.I. 238] is granted and Defendants' *Motion for Summary Judgment*

*on the Merits* [Adv. Pro. 11-52317 D.I. 281; Adv. Pro. 11-52318 D.I. 236] is moot.

Accordingly, these Adversary Proceedings are dismissed with prejudice.


Dated: January 27, 2022

_____
Christopher S. Sontchi
United States Bankruptcy Judge